*721 SHIRLEY S. ABRAHAMSON, C.J.
¶ 72. {concurring). I join the per curiam opinion.
¶ 73. The OLR disciplinary system is about 15 years old. Several anomalies and proposed amendments have been brought to the court's attention. It is time for the court to institute a review of the system rather than to make piecemeal adjustments at this time. See my writings in OLR v. Johns, 2014 WI 32, 353 Wis. 2d 746, 847 N.W.2d 179; OLR v. Osicka, 2014 WI 33, 353 Wis. 2d 656, 847 N.W.2d 343; and OLR v. Osicka, 2014 WI 34, 353 Wis. 2d 675, 847 N.W.2d 333; of even date.
¶ 74. I welcome Justice Prosser's support for an impartial, objective, thorough review of OLR practices and procedures, support he gave at the open rules petition conference in October 2013. For a history of a proposal for such a review, listen to the open rules petition conference of October 25, 2013, in connection with proposals for change in OLR's practices.
¶ 75. The question of instituting such a review will come before the court again. I hope it will get four votes.